1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  STEVEN E. SEITZ (NYSBN 4408415)
   Special Assistant United States Attorney
5
       150 South Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5080
7      Facsimile: (408) 535-5066
       steven.seitz@usdoj.gov
8
   Attorneys for the United States,
9

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
1/28/2010

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        ) No.  10-00010 JW
14                                   )
              Plaintiff,             )
15                                   ) **STIPULATION TO CONTINUE**
   v.                                ) **HEARING AND EXCLUDE TIME;**
16                                   ) **[~~PROPOSED~~] ORDER**
   JUAN SANTANA-OCAMPO,              )
17                                   )
              Defendant.             )
18 _____ )

19      Defendant and the government, through their respective counsel, hereby stipulate that,

20  subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled

21  for Monday, February 1, 2010 at 1:30 p.m., be continued to Monday, **MARCH 1,** ~~8~~, 2010, at 1:30

22  p.m.  Government counsel will be unavailable on February 1, and the parties require time to

23  discuss ongoing settlement discussions.

24  //

25  //

26  //

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. 10-00010 JW                    1

1   The parties further agree that time should be excluded under the Speedy Trial Act for
2   continuity of counsel, and because the parties require time for effective preparation, and the ends
3   of justice outweigh the defendant's and the public's need for a speedy trial.

4   Dated: 1/26/10                   _____/s/_____
                                     VARELL FULLER
5                                    Assistant Federal Public Defender

6   Dated: 1/26/10                   _____/s/_____
                                     STEVEN SEITZ
7                                    Special Assistant United States Attorney

8

9

10  //

11

12  //

13

14  //

15

16  //

17

18  //

19

20  //

21

22  //

23

24  //

25

26  //

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. 10-00010 JW                          2

1  [~~PROPOSED~~] ORDER

2  The parties have jointly requested a continuance of the hearing set for Monday, February 1, 2010, because government counsel will be unavailable on February 1, and the parties require time to meet and confer regarding settlement.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, February 1, 2010 be continued to Monday, **MARCH 1**, 2010, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that in the interest of justice, that the period of time from February 1 to **MARCH 1**, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   January 28, 2010

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. 10-00010 JW                              3